**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

FAYE SHIPMAN,



               Plaintiff,

                                                                               **02 CIVIL 06987 (KMK)(RLE)**

       -against-                                               **JUDGMENT**

MICHAEL J. ASTRUE, Commissioner of Social
Security,

               Defendant.
-----------------------------------------------------------------x

      Whereas the above entitled action having been assigned to the Honorable Kenneth M. Karas, U.S.D.J., and the Court thereafter on February 1, 2008, having handed down an Opinion and Order (Docket # 50) granting in part and denying in part Plaintiff's Motion for Judgment on the pleadings, denying Defendant's Cross-Motion for Judgment on the Pleadings and remanding this case to the Commissioner of Social Security, for expedited review, it is,

      **ORDERED, ADJUDGED AND DECREED:** that Plaintiff's Motion for Judgment on the Pleadings is granted in part and denied in part and Defendant's Cross-Motion for Judgment on the Pleadings is denied and the case is hereby remanded to the Commissioner of Social Security for expedited review consistent with (Docket # 50) Opinion and Order, and the case is hereby closed.

DATED: White Plains, New York
              February 4, 2008

                                                                 *J. Michael McMahon*
                                                            J. Michael McMahon, Clerk of the Court

I:\JUDGMENT\SHIPMAN.987.wpd