

# Center for Disability Advocacy Rights (CeDAR), Inc.

100 Lafayette Street, 3rd Floor
New York, New York 10013
Tel. (212) 979-0505
Fax (212) 979-8778

CHRISTOPHER J. BOWES
EXECUTIVE DIRECTOR
DIRECT DIAL (212) 979-7676

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

July 7, 2008

VIA FACSIMILE
Hon. Kenneth M. Karas
United States District Judge
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150
(914) 390-4152

        RE:   Faye Shipman v. Michael J. Astrue
               02 Civ. 6897 (KMK)(RLE)

Dear Judge Karas:

    I am writing to request an extension of time, nunc pro tunc, in which to submit plaintiff's reply memorandum in support of her May 5, 2005 motion for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. section 2412. Ms. Dawn Bordes granted me permission to send this letter via facsimile.

    The Commissioner has responded to plaintiff's May 5, 2008 motion on June 17, 2008. I had anticipated responding to the Commissioner's response within a two-week time frame but was not able to keep that deadline.

    With the consent of counsel for the Commissioner, I ask that plaintiff be permitted to file and serve her reply memorandum on July 9, 2008.

Very truly yours,

Christopher J. Bowes, Esq.
Attorney for Plaintiff

cc:  Susan D. Baird, Esq.
     Attorney for Defendant.
     (212) 637-2750

Granted

So Ordered,

*[signed]*
7/7/08