

# Center for Disability Advocacy Rights (CeDAR), Inc.

100 Lafayette Street, 3rd Floor
New York, New York 10013
Tel. (212) 979-0505
Fax (212) 979-8778

**CHRISTOPHER J. BOWES**
EXECUTIVE DIRECTOR
DIRECT DIAL (212) 979-7675

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

July 9, 2008

VIA FACSIMILE
Hon. Kenneth M. Karas
United States District Judge
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150
(914) 390-4152

        RE:  Faye Shipman v. Michael J. Astrue
             02 Civ. 6897 (KMK)(RLE)
                  6987

Dear Judge Karas:

    I am writing to request second extension of time in which to file plaintiff's reply memorandum in support of her May 5, 2005 motion for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. section 2412. I previously requested an extension on July 7, 2008 and that request was granted yesterday.

    With the consent of counsel for the Commissioner, I ask that plaintiff be permitted to file and serve her reply memorandum on July 14, 2008. Due to several pressing time-sensitive filings and long-standing family obligations I have been unable to complete these papers today.

    Thank you for Your Honor's consideration of this request.

                                              Respectfully submitted,

                                            Christopher J. Bowes, Esq.
                                            Attorney for Plaintiff

cc:  Susan D. Baird, Esq.
      Attorney for Defendant.
      (212) 637-2750

*Granted.*

*So Ordered.*

/s/ KMK
7/10/08

**MEMO ENDORSED**